LDA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BRET A. LOHNES** | ) | |
| **d/b/a CAPTAIN BRET'S** | ) | |
| **TATTOO SHOP, INC.** | ) | **C.A. No. _______** |
| **Plaintiff** | ) | |
| **v.** | ) | **JURY TRIAL DEMANDED** |
| **LUCKYFISH, INC. and** | ) | |
| **PAT FISH,** | ) | |
| **Defendants** | ) | CA 08 128 T |

**COMPLAINT**

Plaintiff Bret A. Lohnes, d/b/a Captain Bret's Tattoo Shop, Inc. for his claim against Defendants Luckyfish, Inc. and Pat Fish, alleges as follows:

**PARTIES**

1. Plaintiff Bret A. Lohnes is an individual residing at 49 McCormick Road, Newport, Rhode Island 02840.

2. Plaintiff Lohnes is sole owner and president of Captain Bret's Tattoo Shop, Inc., a Rhode Island corporation with a place of business at 2 Collins Street, Newport, Rhode Island 02840.

3. Defendant Luckyfish, Inc., on information and belief, is a California corporation with a place of business at 318 State Street, Santa Barbara, California 93101.

4. Defendant Pat Fish on information and belief is an individual residing at 1243 Valerio Street W., Santa Barbara, California 93101.

**JURISDICTION AND VENUE**

5. This Court has jurisdiction over this action pursuant to 15 U.S.C. § 1121 (actions arising under the Federal Trademark Act), 28 U.S.C. § 1338(a) (acts of Congress relating to trademarks), 28 U.S.C. § 1338(b) (pendent state law claims), 28 U.S.C. § 1331 (original jurisdiction over cases arising from U.S. law) and involves a federal question. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), (c).

6. This complaint is an action for trademark infringement, including false designation of origin and dilution claims under the Trademark Act of 1946, as amended (The Lanham Act, 15 U.S.C. § 1051 et seq.), based on the Defendant's adoption and use of "Be ART! Get A Tattoo" as a slogan for tattooing services and for sale of related goods, in violation of Plaintiff's established rights in service mark "Be Art - Get A Tattoo", U.S. Registered Service Mark No. 2,517,509 and for damage to Plaintiff's similar business.

**A. CLAIMS FOR TRADEMARK INFRINGEMENT**

7. Plaintiff Lohnes is the owner of United States Service Mark Registration No. 2,517,509 ("the Mark"), registered December 11, 2001 on the Principal Register established by 15 U.S.C. § 1051 for Tattooing in International Class 42. A true copy of the Certificate of Registration is attached hereto as EXHIBIT 1. This registration is now valid, subsisting,

uncancelled and unrevoked. The validity of the registration of the Mark, Plaintiff's ownership of the Mark, and Plaintiff's exclusive right to use the Mark in commerce for the above mentioned services are incontestable under 15 U.S.C. § 1065 and § 1115(b), as Plaintiff has filed the required affidavit with the Commissioner of Patents and Trademarks.

8. Plaintiff has used the Mark continuously since on or about 1981, in connection with and to identify his services and to distinguish said services from similar services offered by other individuals and organizations, by, and without limitation, prominently displaying said mark on advertising and promotional materials, e.g., bumper stickers, hats, and T-shirts, distributed throughout the United States, and on his Web site, <www.tribal-celtic-tattoo.com>, which also offers tattoo designs and compilations thereof for sale to the trade and to the general public. Plaintiff's products sold under the Mark are provided nationwide.

9. Defendants has infringed Plaintiff's mark in interstate commerce by various acts, including, without limitation, the selling and offering for sale of tattooing services and related products promoted using the slogan "Be ART! Get a Tattoo", which is virtually identical and confusingly similar to Plaintiff's Mark.

10. Defendants prominently feature the"Be ART! Get a Tattoo" slogan on their websites <www.luckyfish.com> and <www.luckyfishart.com> which prominently display, advertise, and promote tattooing services and sale of tattoo designs in competition with Plaintiff's services. Copies of the "home pages" of the "luckyfish. com" and "luckyfishart.com" web sites are attached hereto as EXHIBITS 2 and 3 respectively and illustrate Defendants' infringing use of the Mark.

11. Defendants also sell products such as T-shirts with the wording "Pat Fish Tattoo Santa Barbara on the front" and "Be Art!! Get a Tattoo!!!" on the rear. See EXHIBIT 4 attached hereto.

12. Defendants' use of the Mark in connection with their products and services is without permission or authority of the Plaintiff and is likely to cause confusion, to cause mistake and/or to deceive.

13. On information and belief, Defendant's use of the Mark in connection with their products and services has been made notwithstanding Plaintiff's well-known and prior established rights in the Mark and with constructive notice of Plaintiff's federal registration rights under 15 U.S.C. § 1072.

14. Defendant's infringing activities have caused and, unless enjoined by this Court, will continue to cause, irreparable injury and other damage to

Plaintiff's business, reputation and good will in its federally registered Mark. Plaintiff has no adequate remedy at law.

**(i) Claim for False Designation of Origin (15 U.S.C. § 1125(a))**

15. Plaintiff hereby re-alleges and incorporates by reference the allegations of paragraphs 1 - 14 of this Complaint.

16. Upon information and belief, Defendants have used the slogan "Be ART! Get a Tattoo" in interstate commerce. Under 15 U.S.C. § 1125(a) said use of the designation in connection with Defendants' services and related products is a false designation of origin, a false or misleading description and representation of fact which is likely to cause confusion and to cause mistake, and to deceive as to the affiliation, connection or association of Defendants with Plaintiff and as to the origin, sponsorship, or approval of Defendants' products and commercial activities by Plaintiff.

17. Defendants' wrongful activities have caused, and unless enjoined by this Court will continue to cause, irreparable injury and other damage to Plaintiff's business, reputation and good will in its Mark. Plaintiff has no adequate remedy at law.

**(ii) Claim for Dilution (15 U.S.C. § 1125(c))**

18. Plaintiff hereby re-alleges and incorporates by reference the allegations of paragraphs 1 - 17 of this Complaint.

19. Plaintiff's Mark is a distinctive and famous mark. The Mark is inherently strong and distinctive, have long been used in connection with the goods and services on which it appears, has long been the subject of substantial advertising and promotion, has been used and advertised throughout the United States, is widely recognized by consumers and those in the trade, is in substantially exclusive use, and is registered on the Principal Register.

20. Defendants have made commercial use of Plaintiff's Mark in connection with services and goods which Defendants have offered and sold in interstate commerce. Defendants' acts are in violation of 15 U.S.C. § 1125(c) in that they have caused dilution of the distinctive quality of Plaintiff's famous Mark, all to the irreparable injury to and damage of Plaintiff. These acts of Defendants were commenced and committed from a time after Plaintiff's Mark became famous.

21. Defendants' acts have lessened the capacity of Plaintiff's famous Mark to identify and distinguish the goods and services of Plaintiff. Defendants' acts have blurred the unique association which has existed between Plaintiff's Mark and goods and services provided by Plaintiff.

22. On information and belief, Defendant committed these acts willfully and with the intent to trade on the reputation of Plaintiff and to cause dilution of Plaintiff's famous Mark.

**CLAIM FOR RELIEF**

WHEREFORE, Plaintiff prays for relief for the above Causes:

1. That a preliminary and permanent injunction issue restraining Defendants, their agents, servants, employees, successors and assigns and all others in concert and privity with them from using the slogan "Be ART! Get a Tattoo" or any colorably similar variant(s) thereof on or in connection with the offering of tattooing services and sale of related goods; from infringement of U.S. Service Mark Registration No. 2,517,509; from unfairly competing with Plaintiff; from engaging in unfair and deceptive trade practices; and from injuring Plaintiff's business reputation, pursuant to 15 U.S.C. § 1116.

2. That Defendant be required to account and to pay Plaintiff for Defendant's profits and the actual damages suffered by Plaintiff as a result of Defendant's acts or infringement, false designation of origin, unfair competition, and unfair and deceptive trade practices, together with interest,

and that Plaintiff's recovery be trebled, pursuant to 15 U.S.C. § 1117. Plaintiff requests damages in excess of $200,000 or as ascertained by the Court.

3. That Defendants be ordered to surrender for destruction all nameplates, labels, advertisements, and other materials incorporating or reproducing the infringing trademarks, pursuant to 15 U.S.C. § 1118.

4. That Defendants be compelled to pay Plaintiff's attorneys' fees, together with costs of this suit, pursuant to 15 U.S.C. § 1117, and compensation for Plaintiff's corrective and responsive advertising

5. That Defendants be ordered and compelled to pay Plaintiff punitive damages in excess of $500,000 or as ascertained by the Court.

6. For such other and further relief as may be just and equitable.

Dated: 4/9/08

Bret A. Lohnes

By his Attorneys,

By: Joshua A. Stockwell (#7091)
BARLOW, JOSEPHS AND HOLMES, LTD.
101 Dyer Street, Fifth Floor
Providence RI 02903
401-273-4446 (tel)
401-273-4447 (fax)
jas@barjos.com

Of Counsel:
Michael de Angeli
MICHAEL M. DE ANGELI, P.C.
60 Intrepid Lane
Jamestown RI 02835
401-423-3190 (tel)
401-423-3191 (fax)

DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all counts so triable.

Bret A. Lohnes,

By his Attorneys,

By: Joshua A. Stockwell (#7091)
BARLOW, JOSEPHS AND HOLMES, LTD.
101 Dyer Street, Fifth Floor
Providence RI 02903
401-273-4446 (tel)
401-273-4447 (fax)
jas@barjos.com

Date: 4/9/08

Of Counsel:
Michael de Angeli
MICHAEL M. DE ANGELI, P.C.
60 Intrepid Lane
Jamestown RI 02835
401-423-3190 (tel)
401-423-3191 (fax)