


ABOUT PAT FISH | CELTIC TATTOOING | PORTFOLIO | BLARNEY | CONTACT | BUY ART



**Be Art: Get a Tattoo!!**

---

**TATTOO SANTA BARBARA**
318 State Street, Santa Barbara, CA 93101-2361 USA, 1-805-962-7552
patfish@luckyfish.com
**Go Home: www.luckyfish.com** **Buy Art: www.luckyfishart.com**

EXHIBIT 2