Home
How does it work?
Celtic Cross Tattoo Designs
Celtic Band Tattoo Designs
Celtic Circle Tattoos
Celtic Heart Tattoo Designs
Celtic Knot Tattoos
Celtic Spiral Tattoo Designs
Celtic Triangle Tattoos
Claddagh Tattoo Designs
Creatures
Sun / Moon / Stars
Astrological Tattoo Designs
Flowers & Tree of Life
Religious
Ethnic Tattoo Designs
Heraldry Tattoos
Lower Back Tattoo Designs
Tribal Tattoo Designs
More Band Patterns
Unique Art
Tattoo Tips!
Meet Pat Fish
NEWEST TATTOO DESIGNS
MOST POPULAR PATTERNS
JEN DELYTH designs

Show Order
Privacy Policy
Info
Search
Index

# LuckyFish Art

Welcome to LuckyFish Art!

MAILING ADDRESS:
LuckyFish, Inc.
PO Box 777
Santa Barbara, CA
93102-0777 USA

STUDIO ADDRESS:
Tattoo Santa Barbara
318 State Street at Highway 101
Santa Barbara, CA 93101-2361 USA
phone 805-962-7552

CONTACTING BY EMAIL IS THE MOST EFFICIENT METHOD:

patfish@luckyfish.com
patfish@luckyfish.com

All sales final.

PayPal, Visa and Mastercard accepted.

Once your PayPal or credit card has been processed you will receive an email acknowledgement that will give you the url to go to, where you will download the files for the image you have selected..

This should happen as soon as the card approval goes through.

You download the file to your desktop, open it, then you can easily print them out. Take the images and scale them to whatever size you like in Photoshop or on a photocopier.

Please also take a look at

http://www.luckyfish.com

and enjoy my other website filled with photographs and information.

New images are upload onto this site weekly, so please bookmark it and check back again if today's shopping did not find your perfect next tattoo design.

EXHIBIT 3

How does it work?
Celtic Cross Tattoo Designs
Celtic Band Tattoo Designs
Celtic Circle Tattoos
Celtic Heart Tattoo Designs
Celtic Knot Tattoos
Celtic Spiral Tattoo Designs
Celtic Triangle Tattoos
Claddagh Tattoo Designs
Creatures
Sun / Moon / Stars
Astrological Tattoo Designs
Flowers & Tree of Life
Religious
Ethnic Tattoo Designs
Heraldry Tattoos
Lower Back Tattoo Designs
Tribal Tattoo Designs
More Band Patterns
Unique Art
Tattoo Tips!
Meet Pat Fish
NEWEST TATTOO DESIGNS
MOST POPULAR PATTERNS
JEN DELYTH designs

Show Order
Info
Privacy Policy
Search
Index

# LuckyFish Art

**Established St. Patrick's Day 2001!**

LuckyFish Art is pleased to present the tattoo art designs of Pat Fish. Known worldwide as a specialist in Celtic art, she brings her archives to the public for the first time in this online store. As you browse the various sections you'll see dozens of wonderful photographs of actual tattoos, examples that we hope will help you choose to get one!

Pat Fish has specialized in Celtic tattooing since 1984, and has designed each original image in this collection specifically to be an effective tattoo. Most of the designs are inspired by her research into the ancient illuminated manuscripts and carvings on high cross gravestones in Ireland. Patterns have been chosen for their strong symbolism, aesthetic appeal, and suitablility for the tattoo medium.

Why pay for these tattoo images? You will guarantee the best possible result for your own tattoo by providing your local professional tattoo artist with the highest quality image to work from. In the words of Pat Fish: "These designs are hard enough to tattoo correctly when you start with a perfectly symmetrical stencil. Give your artist a good clear pattern to work with and you are ensuring that you will get a better quality result."

ORDER YOUR DESIGN HERE ONLINE and you will have your image INSTANTLY!

When your credit card is approved you will get an immediate email with your order confirmation and instructions for downloading your image. For most images you will get several images: a thumbnail photo, line drawings in black and white and suggested colors, and a "read me" document with tips on achieving a good result written by Pat Fish.

To download the file that contains your images you will be asked to enter your credit card or PayPal info again, to verify your identity. Then hit the DOWNLOAD NOW button. The file should land right on your desktop, but some PCs have a "downloads" section so you will have to go there. The only problem that may occur is if you use a .gov, .edu or work email that blocks large files. If you have a problem email
Pat Fish
patfish@luckyfish.com
and she will personally send you each of the images included in the file one by one as individual email

attachments, which will overcome any software issues.

DOWNLOAD THE DESIGN AND ACHIEVE INSTANT GRATIFICATION!

Get ready to BE ART!

Most studios have only a few reference books of Celtic designs, and many may not have much experience installing them. Bringing in a design that has been specifically customized to be a beautiful Celtic tattoo will help your artist achieve a result of which you will both be proud.

These designs are drawn for ease of application, and will yield a lifetime of enjoyment. For a few dollars you can avoid having to use a fuzzy internet printout or a page torn from a magazine for your pattern. You can show up at your local studio with a clean workable image ready to go!

Anyone who has a tie to a Celtic heritage, or appreciates the beauty of this unique and intricate artform, can now add fine Celtic designs to their body art collection. Buying one of these custom patterns is a way to expand your choices, illuminate your skin, and celebrate the timeless beauty that is Celtic art.

Be ART ! Get a Tattoo!

Be sure to visit Pat Fish's Tattoo Santa Barbara main web site at www.luckyfish.com for lots more tattoo photos, design ideas, and information about tattoo care.