cafepress

Cart & Checkout | Help | Order Status | Shop Home

» Pictish Designs
» Celtic Art Designs
» Crop Circle Patterns
» Mythical Creatures
» Other Stuff
» Tattoo Text Products

LuckyFish Art-ifact Shop : Tattoo Text Products : **Be Art! - White T-Shirt**



click to view front / back:

**View Larger**

# Be Art! - White T-Shirt

Be Art! Get a Tattoo!! on the back, logo on front.

**$22.99**

Size: Size Chart

Large

Qty: 1 Add to Cart

AVAILABILITY: In Stock.
Product Number: 7487246

Tell a friend about this product!

## Product Information

**Fit:** Standard

Not too tight, not too loose.

**Fabric Thickness:**

The most comfortable t-shirt ever! Our 100% cotton, Hanes Authentic Tagless T-Shirt is preshrunk, durable and guaranteed.

- 6.1 oz. 100% cotton
- Standard fit

**SHOPKEEPER BIO**



**LuckyFish Inc.**
Santa Barbara, CA

*BE ART: GET A TATTOO!!*

BROWSE PRODUCTS

select one

EXHIBIT 4

This shop is powered by CafePress.com.
Copyright © 1999-2008 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information

cafepress

Cart & Checkout | Help | Order Status | Shop Home

- » Pictish Designs
- » Celtic Art Designs
- » Crop Circle Patterns
- » Mythical Creatures
- » Other Stuff
- » Tattoo Text Products

**SHOPKEEPER BIO**



**LuckyFish Inc.**
Santa Barbara, CA

*BE ART: GET A TATTOO!!*

BROWSE PRODUCTS

select one

LuckyFish Art-ifact Shop : Tattoo Text Products : **Be Art! - White T-Shirt**




click to view front / back:



**View Larger**

# Be Art! - White T-Shirt

Be Art! Get a Tattoo!! on the back, logo on front.

**$22.99**

Size: Size Chart

Large

Qty: 1 Add to Cart

AVAILABILITY: In Stock.
Product Number: 7487246

Tell a friend about this product!

## Product Information

**Fit:** Standard
Not too tight, not too loose.

**Fabric Thickness:**

The most comfortable t-shirt ever! Our 100% cotton, Hanes Authentic Tagless T-Shirt is preshrunk, durable and guaranteed.

- 6.1 oz. 100% cotton
- Standard fit

This shop is powered by CafePress.com.
Copyright © 1999-2008 CafePress.com. All rights reserved.
Privacy Policy | Trademark & Copyright Information