# The United States of America

## CERTIFICATE OF REGISTRATION

### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*

EXHIBIT 1

*Director of the United States Patent and Trademark Office*

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

Reg. No. 2,517,509

United States Patent and Trademark Office Registered Dec. 11, 2001

SERVICE MARK
PRINCIPAL REGISTER

# BE ART-GET A TATTOO

LOHNES, BRET A. (UNITED STATES CITIZEN)
49 MCCORMICK RD.
NEWPORT, RI 02840

FOR: TATTOOING, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 3-2-1981; IN COMMERCE 3-2-1981.

SER. NO. 78-025,672, FILED 9-13-2000.

JOHN GARTNER, EXAMINING ATTORNEY