(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Bret A. Lohnes d/b/a
Captain Bret's Tattoo Shop, Inc.
Plaintiff(s)

v.

Luckyfish, Inc. and
Pat Fish
Defendant(s)

Dkt. No. CA 08-128-T

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/~~Defendant~~ Bret A. Lohnes hereby moves that Michael de Angeli be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Joshua A. Stockwell
Print Name

RI Bar ID # 7091

Barlow, Josephs & Holmes, Ltd.
Firm and Business Address

101 Dyer Street, Fifth Floor

Providence RI 02903

Email: jas@barjos.com

Tel. # 401-273-4446

Fax # 401-273-4447

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date