**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **BRET A. LOHNES** | ) | |
| **d/b/a CAPTAIN BRET'S** | ) | |
| **TATTOO SHOP, INC.** | ) | **C.A. No. 08-128-T** |
| **Plaintiff** | ) | |
| **v.** | ) | |
| **LUCKYFISH, INC. and** | ) | |
| **PAT FISH,** | ) | |
| **Defendants** | ) | |

**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**

Plaintiff has agreed to extend the time within which Defendants must file their Answer or other response to the Complaint in this matter an additional thirty days, such that Defendants' response will be due on or before June 6, 2008.

The Court is respectfully requested to enter an Order approving of this action.

Bret A. Lohnes,

By his Attorneys,

/s/Joshua A. Stockwell

By: Joshua A. Stockwell (#7091)
BARLOW, JOSEPHS AND HOLMES, LTD.
101 Dyer Street, Fifth Floor
Providence RI 02903
401-273-4446 (tel)
401-273-4447 (fax)
jas@barjos.com

Date: May 5, 2008

Of Counsel:
Michael de Angeli
MICHAEL M. DE ANGELI, P.C.
60 Intrepid Lane

Jamestown RI 02835
401-423-3190 (tel)
401-423-3191 (fax)
mdeange@cox.net

**Certificate of Service**

I, the undersigned Joshua A. Stockwell, hereby certify that the above Stipulation for Extension of Time to Answer Complaint was served on counsel for defendant Brent Blakely by e-mail to bblakely@blakelylawgroup.com on May 5, 2008.

/s/Joshua A. Stockwell

Joshua A. Stockwell