# DECLARATION OF BRENT H. BLAKELY

I, Brent Herbert Blakely, declare:

1. I am an attorney at law duly admitted to practice before all the courts of the State of California, and am counsel for Defendants Luckyfish, Inc. and Pat Fish in this action. The information contained in this declaration is within my own personal knowledge, and if called to testify, I could and would testify competently thereto.

2. Defendant Pat Fish has been a tattoo artist since 1984 and specializes in Celtic designs.

3. Ms. Fish operates a business called LuckyFish, Inc. and sells over 700 original tattoo designs on her website: www.luckyfishart.com.

4. In or around late 2006, Ms. Fish opened a tattoo studio in Santa Barbara, California.

5. Ms. Fish is world renowned for her artwork, which has appeared in numerous magazines, newspapers, and on television.

6. Ms. Fish has been using the slogan "Be ART! Get a Tattoo!" to promote her artwork and business for many years as well. This slogan is featured prominently on her websites: www.luckyfishart.com as well as www.luckyfish.com.

7. In or around the summer of 2007, Ms. Fish discovered that Captain Bret's Tattoo Shop, Inc. ("Captain Bret's") had been selling various designs on its website, www.tribal-celtic-tattoo.com, that were identical or substantially similar to those offered by Ms. Fish on her website (the "Infringing Designs").

8. Ms. Fish also discovered that Captain Bret's had been using the "Be ART! Get a Tattoo!" slogan on his website to promote his artwork as well.

9. On or about November 15, 2007, Ms. Fish's intellectual property counsel sent Mr. Lohnes a cease and desist letter and requested that he immediately cease and desist from further distribution and sale of the Infringing Designs as well as refrain from using the "Be Art - Get a Tattoo!" slogan.

10. Ms. Fish never received a response, and on January 3, 2008, Ms. Fish and Luckyfish, Inc. commenced action in the Central District of California against Mr. Lohnes and Captain Bret's for copyright infringement, trademark dilution, and unfair competition (herinafter the "California Action")

11. On January 10, 2008, Plaintiffs in the California Action filed its First Amended Complaint. Attached hereto as Exhibit 1 is a true and correct copy of the First Amended Complaint filed by Luckyfish and Ms. Fish against Mr. Lohnes in the Central District of California.

12. After Defendants had graciously granted Mr. Lohnes and Captain Bret's extensions of time to file an Answer to their Complaint in California, Mr. Lohnes commenced action on April 9, 2008 against Ms. Fish in this district for rights to the "Be Art – Get a Tattoo" slogan without any notice to Ms. Fish.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5th day of June 2008 in Hollywood, California.

Brent H. Blakely