**EXHIBIT**

**B**

# AFFIDAVIT OF BRET A. LOHNES

1. I am an individual resident in Newport, Rhode Island. I have been a practicing tattoo artist since at least March 1981. I am an individual defendant in case no. CV- 08-0023 RGK (RCx) in the Central District of California, entitled Luckyfish, et al v. Captain Bret's Tattoo Shop, Inc. et al.

2. I established Captain Bret's Tattoo Shop, Inc. ("Captain Bret's"), of which I am President, as a Rhode Island corporation in 1998. Since that time I have carried out tattoo-related business operations solely as an employee of Captain Bret's.

3. More specifically, the basic business activities of Captain Bret's are the provision of tattoo services, which are provided in a studio maintained by Captain Bret's in Newport, Rhode Island, the sale of individual tattoo designs over the Internet from the website <www.tribal-celtic-tattoo.com>, which is registered in the name of Captain Bret's, and the sale of books and CD-ROMs, which are compilations of tattoo designs.

4. I am the individual who physically applies tattoos *per se* to clients on behalf of Captain Bret's. I also oversee the placement of individual tattoo designs on the <www.tribal-celtic-tattoo.com> website, and I compile tattoo designs to make up the books and CD-ROMs that Captain Bret's sells.

5. All business operations carried out by me are performed in Rhode Island, and are so performed in my capacity as an employee of Captain Bret's.

6. Captain Bret's is the proprietor of the <www.tribal-celtic-tattoo.com> website on which the allegedly infringing slogan "Be Art - Get a Tattoo" is displayed, collects all revenues, makes all contracts for purchase

and sale of goods, and maintains relations with the Yahoo Store through which all Internet sales are made.

7. I myself have no personal relation of any kind with customers in the state of California, nor any other contacts with California which could be alleged to give rise to jurisdiction and venue in this case. All business relating to tattoos and tattoo patterns is carried out by and in the name of Captain Bret's.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23 day of June, 2008, at Newport, Rhode Island.

Bret A. Lohnes