(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Bret A. Lohnes
Plaintiff(s)

v. Dkt. No. 08-128 T

Luckyfish, Inc. and Pat Fish
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant Luckyfish, Inc. and Pat Fish hereby moves that BRENT H. BLAKELY be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

James H. Reilly
Print Name

RI Bar ID # 0658

Kelly, Kelleher, Reilly & Simpson
Firm and Business Address

146 Westminster Street, Suite 500

Providence, Rhode Island 02903

Email: jreilly@kkrs.com

Tel. # (401) 272-1312

Fax # (401) 331-9397

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date