Date: April 11, 2007 2:22:12 PM MDT (CA)
To: cari@aon-celtic.com
Subject: captain bret tattoo shops yahoo store conflict
Reply-To: captbret@bellatlantic.net

Be advised that the moment yahoo stops one of my products from selling due to your bogus claims I am starting a VERY LARGE new store using my own credit card company to do sales. I have been thinking of expanding my store for years and you are the one to push me to do it, oh, I noticed you have lots of great designs, I will put up so many slightly (legally) altered images for sale that you, jen and pats heads will fucking spin. I really do not need yahoo and this will be the start of a fucking holy war on you assholes, oh, I never even noticed your site till today, after hearing from Yahoo, my designs walk in the front door of my store in my tattoo customers hands, they have gotten them from wherever on the Internet and bring them to me to be tattooed, after that I have had to redraw them, so i consider them mine, then I hear from you and these other two scumbags who think I steal from you, get a fucking life, I WORK for a living as a Tattoo artist, these designs are so hugely available on the Internet and SO widely distributed in millions of different forms that they are ALL public domain and the origins are also ancient, I am so sick of you assholes simple JEALOUSY over my top ranking on google that I am going to GET EVEN, I know this is true cause I never even heard of you, jen or pat till I became a top ranked web page and then you all are so JEALOUS of that for whatever reason you all pull this kind of crap, well guess what, to reiterate, the moment Yahoo pulls one of my items, the fun is going to start. OH, and did you ever think about the other repercussions that will happen when a man loses income due to a conspiracy of Internet witches, look over your shoulder at all the events you attend, maybe we will meet sometime.
Captain Bret
Oh ,feel free to forward this to your asshole buddies cause this includes them too!

____________________________

Cari Buziak
Aon Celtic Art
http://www.aon-celtic.com

"Great spirits have always
encountered violent opposition
from mediocre minds." - Albert Einstein

PAT FISH <*)@)><
Luckyfish, Inc.
PO Box 777
Santa Barbara, CA 93102-0777 USA
1-805-962-7552
http://www.luckyfish.com
http://www.luckyfishart.com
http://www.cafepress.com/luckyfish
~><> ><> ><> ><> ><> ><> ><> ~
Be ART: Get a Tattoo!
Make your own luck.
ø
><(((º> ·.¸¸.·´¯`·.¸¸.·´¯`·...¸><(((º>¸.·
´¯`·.¸.·´¯`·...¸><(((º> ·.¸¸.·´¯`·...¸><(((º>
Give a person a fish and you feed them for a day;
teach that person to use the Internet,
and they won't bother you for weeks.

ø¤º°`°º¤ø,¸¸,ø¤º°`°º¤ø,¸¸,ø¤º°`°º¤øø¤º°`°º¤ø,¸¸,ø

**EXHIBIT 1**