IN THE UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Bret A. Lohnes,

Plaintiff,

v.

LuckyFish, Inc. et al.,

Defendants.

C.A. No. 08-128-T

**STIPULATION WITHDRAWING PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS**

Plaintiff hereby withdraws its Objection, filed June 23, 2008, to Defendants' Motion to Stay Proceedings, filed June 5, 2008, and requests that a Stay of the present case be granted. Plaintiff and Defendants have reached an agreement in principle to settle the present dispute and the co-pending California action, which should result in dismissal of both actions. Accordingly, Plaintiff requests that the hearing on the Motion to Stay, scheduled for August 20, 2008, be canceled.

Respectfully Submitted,

Bret A. Lohnes,

By his Attorneys,

Date: August 14, 2008

/s/Joshua A. Stockwell

Joshua A. Stockwell (#7091)
BARLOW, JOSEPHS & HOLMES, LTD.
101 Dyer Street, Fifth Floor
Providence RI 029103
401-273-4446 (tel)
401-273-4447 (fax)
jas@barjos.com

Michael de Angeli
MICHAEL M. DE ANGELI, P.C.
60 Intrepid Lane
Jamestown RI 02835
401-423-3190 (tel)
401-423-3191 (fax)
mdeange@cox.net

**CERTIFICATE OF SERVICE**

TO:

**James H. Reilly, III**
**Donald J. Maroney**
KELLY, KELLEHER, REILLY & SIMPSON
146 Westminster Street, Suite 500
Providence, RI 02903
jreilly@kkrs.com

**Brent H. Blakely**
BLAKELY LAW GROUP
915 North Citrus Avenue
Hollywood, CA 90038
bblakely@blakelylawgroup.com

I hereby certify that the enclosed Plaintiff's STIPULATION WITHDRAWING PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO STAY PROCEEDINGS was filed through the ECF system on August 14, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing for Case No. 08-128-T.

/s/Joshua A. Stocwell
Joshua A. Stockwell